01
02
03
04
05
06
07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09 | UNITED STATES OF AMERICA,           )
                                         )
10 |           Plaintiff,                )
                                         )  Case No. 05-465M
11 |      v.                             )
                                         )
12 | JUNG LEE-YUN, a/k/a                 )  DETENTION ORDER
     SOU HYUN BACK,                      )
13 |                                     )
              Defendant.                 )
14 | _____   )

15 | Offenses charged:

16 |      1.  Forgery of False Use of a Passport in violation of 18 U.S.C. § 1543.

17 |      2.  Fraud and Misuse of Visas, Permits, and Other Documents in violation of 18 U.S.C.

18 | § 1546(a).

19 |      3.  False Information to the Social Security Administration in violation of 42 U.S.C.

20 | § 408(a)(6).

21 | Date of Detention Hearing: October 6, 2005.

22 |      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

23 | based upon the factual findings and statement of reasons for detention hereafter set forth, finds

24 | the following:

25
26

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Pretrial Services Report of October 6, 2005, reveals that there is an immigration detainer lodged against the defendant.

(2) Defendant is a citizen of Korea, had a Korean passport which was seized at the time of her arrest, but is in the United States illegally. She has no employment history and no means of supporting herself.

(3) Defendant has minor ties to this community. Her parents reside in Korea, and have traveled in and out of this country on occasions, and her brother resides in Japan.

(4) Defendant was released on bond from immigration court in Portland, Oregon, and absconded from this bond. Defendant's whereabouts were unknown until the date of her recent arrest.

(5) Defendant is viewed as a risk of nonappearance because of: (a) the nature of the instant charges; (b) previously absconding from bond; (c) no employment history; (d) illegally residing in the United States; and (e) the immigration detainer lodged against her.

(6) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose

of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of October, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge